UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:99-cr-16 |
| v. | ) | |
| | ) | |
| NIVETTE CISNEROS | ) | MATTICE/STEGER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on September 11, 2015, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Perry Piper for the USA.
(2) The defendant, Nivette Cisneros.
(3) Attorney Gianna Maio for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

It was determined defendant had been provided with a copy of the Petition for Action on Conditions of Pretrial Release and had an opportunity to review those documents with her attorney. The defendant was advised of her right to a preliminary hearing but waived the hearing and consented to the entry of an order finding that she has violated her conditions of pretrial release.

Based on the allegations of the Petition and the waiver of the defendant, I find that defendant has violated her conditions of pretrial release. Defendant's bond conditions are revoked and she is ORDERED into custody to be DETAINED WITHOUT BAIL pending trial.

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE